People v Rocha (2026 NY Slip Op 00988)

People v Rocha

2026 NY Slip Op 00988

Decided on February 19, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 19, 2026

Before: Manzanet-Daniels, J.P., Scarpulla, Friedman, Chan, Hagler, JJ. 

Ind No. 2088/14 1923/17|Appeal No. 5890|Case No. 2019-3571|

[*1]The People of the State of New York, Respondent,
vRonny Rocha, Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Elizabeth Batkin of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew J. Loizides of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Steven Lloyd Barrett, J.), rendered October 16, 2017, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree under indictment No. 2088/2014, and of possession of prison contraband in the first degree under indictment No. 1923/2017, and sentencing him to an aggregate term of three years, unanimously modified, on the law, to the extent of vacating the sentence on the attempted robbery conviction and remanding for a youthful offender determination, and otherwise affirmed.
As the People concede, defendant is entitled to be resentenced on the attempted robbery conviction with an express youthful offender determination (see CPL 720.10[3], 720.20[1][a]; People v Middlebrooks, 25 NY3d 516, 524-525 [2015]; People v Rudolph, 21 NY3d 497, 501 [2013]; People v C.D.C., 235 AD3d 505, 506 [1st Dept 2025]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 19, 2026